# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 429 EAL 2015
:
          Respondent :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
          v. :
:
:
:
KHAMPHOY PHOMMA, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Mr. Justice Eakin did not participate in the consideration or decision of this matter.